THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William Earl
 Moore, Appellant.
 
 
 

Appeal From Aiken County
Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2009-UP-536
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Barbara R Morgan, of Aiken, for
 Respondent.
 
 
 

PER
 CURIAM:  William Earl
 Moore was convicted of three counts of incest and sentenced to a total of
 twenty years' imprisonment.  Moore appeals, arguing the trial court erred in
 admitting testimony that he committed incest with the same victim during the
 three years preceding those for which he was indicted.  After thoroughly
 reviewing the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Moore's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED. 
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.